UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JAMES B.,

                              **Plaintiff,**

              v.                          3:20-CV-1568
                                                              (FJS/ATB)

KILOLO KIJAKAZI, Acting Commissioner
of the Social Security Administration,

                              **Defendant.**
_____

**APPEARANCES**                                    **OF COUNSEL**

**EMPIRE JUSTICE CENTER**            **EMILIA SICILIA, ESQ.**
30 South Broadway, 6th Floor
Yonkers, New York 10701
Attorneys for Plaintiff

**SOCIAL SECURITY ADMINISTRATION**    **HUGH DUN RAPPAPORT, ESQ.**
J.F.K. Federal Building, Room 625
15 New Sudbury Street
Boston, Massachusetts 02203
Attorneys for Defendant

**SCULLIN, Senior Judge**

## ORDER

      Pending before the Court is Defendant's motion, pursuant to sentence four of 42 U.S.C. § 405(g), requesting that the Court enter a Judgment reversing her decision and remanding this case for further administrative proceedings.  *See* Dkt. No. 27-1.  Upon remand, the Appeals Council will remand this matter to an Administrative Law Judge ("ALJ") with instructions to conduct a new hearing and issue a new decision.

      Upon review of Defendant's motion, the Court hereby

**ORDERS** that Defendant's motion to enter a Judgment reversing her decision and remanding this case for further administrative proceedings is **GRANTED**; and the Court further

**ORDERS** that Defendant's decision is **REVERSED** and this case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings; and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in favor of Plaintiff against Defendant and close this case.

**IT IS SO ORDERED.**

Dated: June 14, 2022
Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Judge